UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>        Plaintiff,<br><br>v.<br><br>8411-13 BEVERLY, LLC, a California Limited Liability Company; ORTHO MATTRESS INC., a California Corporation; and Does 1-10,<br><br>        Defendant. | Case No. CV 19-10398 AB (JDEx)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT has been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: March 3, 2020       _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE